Michael Hucul
PO Box 2638
San Marcos, CA 92079
(616) 828-9533
hucul@sbcglobal.net

FILED
NOV 14 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Hucul<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jeffrey K. Van Hattum and Van Hattum & Associates, P.C.<br><br>　　　　Defendants. | Case No.:  **17 cv 2199 BEN WVG**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)**<br><br>**Honorable Roger T. Benitez**<br><br>Action filed:  October 27, 2017 |

Pursuant to Federal Rules of Civil Procedure 41(a)(1), Plaintiff Michael Hucul gives notice to dismiss this action, voluntarily.

Dated: November 13, 2017

Respectfully submitted,

_____
Michael Hucul
In Pro Se